UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                                                   :
KYANDRA BRITTNEY REESE,                                            :
                                    Plaintiff,                     :
                                                                   :          25-CV-9989 (JMF)
              -v-                                                  :
                                                                   :          ORDER
AUBREY DRAKE GRAHAM et al.,                                        :
                                    Defendants.                    :
                                                                   :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 29, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b)

of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21)

days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of

course.  Because Plaintiff is proceeding *pro se*, however, the Court will give Plaintiff additional

time to amend the complaint.

Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by

**August 10, 2026.**  If Plaintiff believes that the pleading of additional facts will cure deficiencies

identified in the motion to dismiss, the Plaintiff should include those facts in the amended

complaint.[1]  Plaintiff will not be given any further opportunity to amend the complaint to address

issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed,

Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF

---

[1]    If possible, Plaintiff shall file any amended complaint with a redline showing all
differences between the original and revised filings, pursuant to Local Civil Rule 15.1, which is
available at https://www.nysd.uscourts.gov/rules.

stating that it relies on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

If no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by **August 10, 2026**.  Defendants' reply, if any, shall be served by **August 24, 2026.**

Either party may request an extension of the briefing schedule for the motion.  A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 3, there is no need to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: June 30, 2026
      New York, New York

                JESSE M. FURMAN
                United States District Judge

2