UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYANDRA BRITTNEY REESE,

Plaintiff,

-v-

AUBREY DRAKE GRAHAM et al.,

Defendants.

25-CV-9989 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motion to dismiss, *see* Docket No. 53, Defendants' earlier motion to dismiss filed at Docket No. 33 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **October 7, 2026**. Defendants' reply, if any, is due by **October 14, 2026**.

Plaintiff has filed a number of discovery-related filings. *See, e.g.,* Docket Nos. 50–52. Plaintiff is advised that the parties should not file discovery requests or correspondence on ECF (unless there is a discovery-related dispute requiring Court involvement). Moreover, the Court concludes that discovery in this case should not proceed until the Court rules on Defendants' motion to dismiss. Accordingly, Plaintiff should not file further discovery-related filings pending a ruling on the pending motion.

The Clerk of Court is directed to terminate Docket No. 33 and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: September 1, 2026
New York, New York

JESSE M. FURMAN
United States District Judge